EILEEN M. DECKER
United States Attorney
JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office
ABIGAIL W. EVANS (SBN 249629)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6086
    Facsimile: (951) 276-6237
    E-mail: abigail.w.evans@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
FEB 16, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROSEILYN MONTANA,

    Defendant.

CR No. 14-512-SJO-VAP-6

[~~PROPOSED~~] ORDER REGARDING PAYMENT OF RESTITUTION AND RETENTION OF JURISDICTION FOR ENFORCEMENT

WHEREAS the Court has read and considered the parties' Stipulation for Order Regarding Payment of Restitution and Retention of Jurisdiction for Enforcement, and

GOOD CAUSE APPEARING THEREFOR, the Court hereby finds:

1. Previously, as a condition of defendant's participation in the court's Conviction And Sentence Alternative ("CASA") program, the parties filed a plea agreement that provided, among other things, that: defendant plead guilty to Count Seven of the indictment, and agree to participate in the CASA program; if defendant successfully completed the CASA program, defendant stipulate to an order requiring the payment of restitution following the dismissal of criminal charges and the retention of jurisdiction by this court to enforce

the restitution order; and if defendant successfully completed the CASA program and stipulated to the restitution order, the USAO move to dismiss the criminal charge to which defendant pleaded guilty.

2. Pursuant to the plea agreement on file (ECF No. 148), on January 7, 2016 (ECF No. 153), defendant entered a guilty plea to Count Seven of the indictment.

3. The total restitution amount owed by defendant in this case is as follows: (1) $980,845 to Centers for Medicare and Medicaid Services (Medicare); and (2) $454,220 to Health Care Deposit Fund/California Department of Justice/Bureaus of Medi-Cal and Elder Abuse (Medi-Cal).

4. The CASA Program Team, as defined in the CASA Program Contract attached to defendant's plea agreement, has determined that defendant has successfully completed the CASA program.

5. As required by the plea agreement, as a condition of the USAO moving to dismiss the criminal charges, defendant has agreed and consented to an order requiring her to continue payment of restitution to the victims set forth in paragraph 3 above, in the amount of $50 per month until the full amount of restitution is paid through the clerk of the court.

6. Defendant has also stipulated and agreed that compliance with this obligation shall be enforced as follows: (i) defendant shall report the payment of this restitution, specifying the amounts paid and providing proof of payment, in writing to Pretrial Services and the USAO on a quarterly basis, that is, within no later than one week after the expiration of each 90-day period after the dismissal of criminal charges; (ii) if the USAO believes that defendant has failed to comply with defendant's obligation to pay restitution, it

shall first advise defendant in writing, and provide defendant with the opportunity to cure or explain, in a writing addressed to the USAO, the alleged failure; (iii) if the USAO, after reviewing defendant's response, continues to believe that defendant has failed to comply with defendant's obligation to pay restitution, it shall file with the Court an *ex parte* application seeking an order to show cause why defendant should not be held in contempt for failure to comply with the Court's order regarding payment of restitution; (iv) this Court shall retain jurisdiction to determine whether defendant has complied with its order regarding payment of restitution and to punish any failure by defendant to comply with this order as contempt of court; and (v) by executing the filed stipulation, defendant consented to this Court's retention of jurisdiction for the purposes specified above.

   WHEREAS the Court has made the findings stated above, there is good cause for the following order, and

   IT IS HEREBY ORDERED THAT the defendant make payment of restitution to the victims set forth in paragraph 3 above, in the amount of $50 per month until the full amount of restitution is paid through the clerk of the court.

   IT IS FURTHER ORDERED THAT compliance with defendant's obligation shall be enforced as follows: (i) defendant shall report the payment of this restitution, specifying the amounts paid and providing proof of payment, in writing to Pretrial Services and the USAO on a quarterly basis, that is, within no later than one week after the expiration of each 90-day period after the dismissal of criminal charges; (ii) if the USAO believes that defendant has failed to comply with defendant's obligation to pay restitution, it shall

1  first advise defendant in writing, and provide defendant with the
2  opportunity to cure or explain, in a writing addressed to the USAO,
3  the alleged failure; (iii) if the USAO, after reviewing defendant's
4  response, continues to believe that defendant has failed to comply
5  with defendant's obligation to pay restitution, it shall file with
6  the Court an ex parte application seeking an order to show cause why
7  defendant should not be held in contempt for failure to comply with
8  the Court's order regarding payment of restitution; and (iv) this
9  Court shall retain jurisdiction to determine whether defendant has
10 complied with its order regarding payment of restitution and to
11 punish any failure by defendant to comply with this Order as contempt
12 of court.
13     IT IS FURTHER ORDERED THAT the clerk of the court accept and
14 receive restitution payments from defendant and disburse them to the
15 victims listed in paragraph 3 above in accordance with this Order and
16 in the manner in which restitution payments are received and
17 disbursed for criminal judgments.
18     SO ORDERED.
19 DATED: 2/16/17

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE